**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JENNIFER JACOBS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00145 |
| | ) |
| CENTRAL CREDIT SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, JENNIFER JACOBS, and Defendant, CENTRAL CREDIT SERVICES, LLC, by and through their attorneys, hereby stipulate to the dismissal of the within complaint without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

| | | | |
|---|---|---|---|
| By: | /s/ David B. Levin | By: | /s/ R. Glenn Knirsch |
| | Attorney for Plaintiff | | Attorney for Defendant |
| | Illinois Attorney No. 6212141 | | Ohio Attorney No. 0080770 |
| | Law Offices of Todd M. Friedman P.C. | | Sessions, Fishman Nathan & Israel, LLC |
| | 333 Skokie Blvd, Suite 103 | | 2647 Eaton Rd. |
| | Northbrook, IL 60062 | | University Heights, OH 44118 |
| | Phone: (224) 218-0882 | | Phone: (216) 331-1308 |
| | dlevin@toddflaw.com | | rgknirsch@sessions.legal |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2018, 2018 a copy of the foregoing Stipulation of Dismissal Without Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff